| | |
|---|---|
| MARK R. FRISBY,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:19-cv-2536-EFB P<br><br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. In addition to filing an application for leave to proceed in forma pauperis, he has filed an unsigned complaint.

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

The court cannot conduct the required screening of plaintiff's complaint because plaintiff has not signed it. *See* ECF No. 1. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record

1

in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because plaintiff did not sign the complaint (ECF No. 1), it will be disregarded. Within thirty days, plaintiff may file a complaint that is signed. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). Failure to comply with this order may result in an order closing this case.

So ordered.

Dated: December 18, 2019

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE