UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. FRISBY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-2536-EFB P<br><br><br>ORDER |

　　　　Mr. Frisby is a state prisoner proceeding without counsel. This action was opened when he filed a civil rights complaint pursuant to 42 U.S.C. § 1983. ECF No. 1. He did not, however, properly commence a civil action because he did not sign his complaint. *See* Fed. R. Civ. P. 3.

　　　　On December 19, 2019, the court informed Mr. Frisby that it could not review his complaint because he had not signed it. ECF No. 5 (citing Fed. R. Civ. P. 11(a) (requiring that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented.")). The court also warned Mr. Frisby that this action would be closed if he did not file a signed complaint within thirty days. Those thirty days have passed and Mr. Frisby has not filed a signed complaint or otherwise responded to the court's order. Thus, there is simply no case before the court.

/////

/////

Accordingly, the Clerk of the Court is directed to close this case.

DATED: January 29, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE